## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA

In re: )
)
**EUGENE CASH** ) **Chapter 13**
) **Case No. 22-60276-EJC**
Debtor. )

### APPLICATION TO APPROVE EMPLOYMENT OF SPECIAL COUNSEL

COMES NOW Debtor Eugene Cash, by and through counsel, and files this Application to Approve Employment of Special Counsel and represents to the Court the following:

1.

Debtor Eugene Cash (hereinafter "Debtor") is pursuing a personal injury claim due to a motor vehicle accident that occurred on or about November 1, 2021. Debtor has employed Alex D. Mayfield of the law firm of Mayfield Law, LLC 1611 Union Street, Brunswick, GA 31520, to represent him.

2.

Debtor requires the services of legal counsel in his personal injury claim in connection with negotiating a settlement agreement and prosecuting his claims.

3.

Debtor has selected this attorney due to his experience and knowledge in the field of personal injury claims. It is believed that said attorney is well qualified to represent Debtor in this matter.

4.

Debtor requests that the attorney be engaged under a contingent arrangement based on recovery in the case.

5.

Debtor believes that Alex D. Mayfield is a disinterested person and does not represent an interest materially adverse to the personal injury claims for which he will be engaged, and that the employment of Alex D. Mayfield will be in the best interest of Debtor's estate.  <u>See</u> Affidavit of Alex D. Mayfield attached hereto.

WHEREFORE, Debtor respectfully requests entry of an order authorizing him to employ and retain Alex D. Mayfield as special counsel pursuant to the terms and conditions as herein set forth.

Respectfully submitted this 26th day of June, 2023.

KIMBERLY S. WARD, LLC

<u>/s/ Kimberly S. Ward</u>
Kimberly S. Ward
Georgia Bar No. 682042
Attorney for Debtor

P.O. Box 1309
Statesboro, GA 30459
(912) 764-9616
kswardatty@gmail.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**

| | | |
|---|---|---|
| **In re:** | **)** | |
| | **)** | |
| **EUGENE CASH** | **)** | **Chapter 13** |
| | **)** | **Case No. 22-60276-EJC** |
| **Debtor.** | **)** | |

## CERTIFICATE OF SERVICE

This is to certify that I have this date electronically served a copy of the Debtor's Application to Approve Employment of Special Counsel with Proposed Order upon O. Byron Meredith, III, Chapter 13 Trustee.

This 26th day of June, 2023.

KIMBERLY S. WARD, LLC


/s/ Kimberly S. Ward
Kimberly S. Ward
Georgia Bar No. 682042
Attorney for Debtor

P.O. Box 1309
Statesboro, GA 30459
(912) 764-9616
kswardatty@gmail.com